# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ADRIAN LAMAR HILEY**  **PLAINTIFF**
**ADC #132442**

v.  No. 5:19-cv-206-DPM

**PARKER, Parole Officer; STEPHANIE HARRIS, Parole Officer; ARKANSAS DEPARTMENT OF COMMUNITY CORRECTIONS, Parole Task Force Team; ARKANSAS, State of; and DOES, Parole Officers, Pine Bluff and Monticello**  **DEFENDANTS**

## ORDER

**1.** Motion for more time, № 8, granted. Completed *in forma pauperis* application due by 16 August 2019.

**2.** Motion for copies, № 9, partly granted and partly denied. The Court directs the Clerk to send Hiley copies of № 1–4 & 7, a copy of the docket sheet, and a blank § 1983 complaint form. But the Court can't provide the address Hiley requests.

**3.** The Court directs Hiley to follow the following drill on sending papers for filing: Each paper must include the names of the parties in one specific case, and one specific case number, at the top of the first page. Hiley may not send one paper for filing in several cases at one time. There must be a separate paper for each case.

**4.** The Court directs the Clerk not to docket any more multiple-case filings from Hiley. If the Clerk receives a proposed filing from Hiley that involves more than one of his cases, then the Clerk must return the paper to Hiley with a request to specify which one case the paper should be filed in. The Clerk should also send Hiley another copy of this Order with the returned paper.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

30 July 2019