# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ADRIAN LAMAR HILEY**  
ADC #132442                                                           PLAINTIFF

v.                     No. 5:19-cv-206-DPM

PARKER, Parole Officer; STEPHANIE
HARRIS, Parole Officer; ARKANSAS
DEPARTMENT OF COMMUNITY
CORRECTIONS, Parole Task Force Team;
ARKANSAS, State of; and DOES, Parole
Officers, Pine Bluff and Monticello                                 DEFENDANTS

## ORDER

Hiley hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 10. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

27 August 2019