# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ADRIAN LAMAR HILEY                                    PLAINTIFF
ADC #132442

v.                          No. 5:19-cv-206-DPM

PARKER, Parole Officer;  STEPHANIE
HARRIS, Parole Officer;  ARKANSAS
DEPARTMENT OF COMMUNITY
CORRECTIONS, Parole Task Force Team;
ARKANSAS, State of;  and DOES, Parole
Officers, Pine Bluff and Monticello          DEFENDANTS

## JUDGMENT

Hiley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
27 August 2019